Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Columbia Division

| | |
|---|---|
| Cale Marcus Strickland<br>_____<br>Plaintiff(s)<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br><br>Nexstar Media Group<br>_____<br>Defendant(s)<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☐ Yes  ☑ No |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Cale Marcus Strickland
Street Address: P.O. Box 56, 185 Lebby St
City and County: Pelzer
State and Zip Code: SC 29669
Telephone Number: 864-316-7277
E-mail Address:

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known).* Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Nexstar Media Group
- Job or Title (if known): News Station
- Street Address: 545 E John W Carpenter Fwy #700
- City and County: Irving
- State and Zip Code: TX 75062
- Telephone Number: 972-373-8800
- E-mail Address (if known):

Defendant No. 2
- Name: Perry A. Sook
- Job or Title (if known): Owner
- Street Address: 545 E John W Carpenter Fwy #700
- City and County: Irving
- State and Zip Code: TX 75062
- Telephone Number: 972-373-8800
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Cale Morris Strickland, is a citizen of the State of *(name)* South Carolina.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* Penny A. Sook, is a citizen of the State of *(name)* Texas. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation
The defendant, (name) Nexstar Media Group, is incorporated under the laws of the State of (name) Texas, and has its principal place of business in the State of (name) Texas.
Or is incorporated under the laws of (foreign nation) _____,
and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount in contraversy is $4,950,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.



Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-16-2019

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Cale Marcus Strickland

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

III. Statement of Claim page 1

On Dec. 3rd 2015, the Plaintiff, Cale Marcus Strickland, was arrested. The arrest was in Spartanburg S.C. by Officer Schall of the Spartanburg County Sheriff's Office. The Plaintiff was incarcerated two hundred seventeen (217) days. When the Plaintiff was released the Plaintiff did not know that there was a report published about that arrest. The Plaintiff found out by typing the Plaintiff's name on the computer. What the Plaintiff saw did not make any sense to the Plaintiff. The Plaintiff didn't say anything to anyone. The Plaintiff tried to understand it. (It being the published report on the computer). There was a lot and some of the stuff the Plaintiff can't find anymore. There was a lot on Facebook some on twitter. What the Plaintiff saw was like 2.2 million views on Facebook and 1200 shares on Facebook. There are some posts by people talking about drugs and really saying inappropriate things. Some of these people are like 12 years old and 13 years old. The Plaintiff read about defamation and saw a thing about malice and I'm pretty sure the thing that shanny (who wrote for empty net sports) said about the Plaintiff's name would be malice. Also that like Facebook would not be responsible for all the published material because they allow other people to publish and it's not them. What was published on the computer was also reported over the t.v. And magazines. And what was wrote (wrote meaning the material about the Dec. 3rd 2015, arrest) was not true. It wasn't just not true, the whole thing was made up. There was not anything about the story that was what happened at the arrest. There was everything not said. The Plaintiff saw that Officer again who arrested the Plaintiff and confronted him, he told the Plaintiff to go away. He was the same officer who wrote the arrest report. The Plaintiff got a copy of the arrest report and it's the same story almost that the report on the computer was. All of the reports had their own little twist that was different from the arrest report and other reports from the computer. The Plaintiff saw the arrest report and the Plaintiff was kind of hard to believe that the cop wrote a story. A bizarre story that wasn't at all what happened. That's when the Plaintiff confronted him about it. After the Plaintiff saw that he wrote that on the arrest report. On the arrest report has a place for a superior officer to approve. This report was not approved. During my incarceration the Plaintiff was not ever took to a trial and my release was not authorized with

III. Statement of Claim page 2

my consent. There are injuries. The Plaintiff doesn't like the identity that has come from this and it stops the Plaintiff from being able to eat and work.

On Dec. 4th 2015, WJTV Mississippi's First with general manager Jeffery Guy of WJTV Mississippi's First, published a report about the Plaintiff, Cale Marcus Strickland, that was damaging to the Plaintiff. The report was a story of a arrest that the Plaintiff went through Dec. 3rd 2018. They published their own false version of a supposedly true story about the Plaintiff of a police report that was wrote by a officer of the Spartanburg County Sheriff's Office of the Dec. 3rd 2015, arrest the Plaintiff went through. That published report violated South Carolina Code of Law Section 16 – 7 – 150 for defamation. WJTV Mississippi's First is a news station owned by Nexstar Media Group with Perry A. Sook. I the Plaintiff, Cale Marcus Strickland, alleged that Nexstar Media Group is responsible for the publicized report that was published by WJTV Mississippi's First and Perry A. Sook also responsible. Nexstar Media Group also owns other news station that were also involved with publishing a report with the same story of the the Plaintiff, Cale Marcus Strickland. Those news stations are NBC 4i, from Columbus Ohio and their general manager is Ken Freedman, and WSPA News 7 from Spartanburg, South Carolina, and their general manager is Mark Higgins. I, the Plaintiff, Cale Marcus Strickland, also alleged that Nexstar Media Group and Perry A. Sook are also responsible for those two other news stations. The two other reports published by NBC 4i and WSPA News 7 also violated South Carolina Code of Law Section 16 – 7 – 150 for defamation.

Cale Marcus Strickland

## IV. Injuries

The injuries I received from the report published by Nexstar Media Group, are from other people that I don't know around me at the store and walking down the road. I walked around trying to pretend people did not think about or have talked about it and the reaction sometimes is that it made an impact to where people identify me with the story and arrest. It caused me trouble from eating. I now am having to be really messed up and wishing I didn't have to think about the people that are bothering me when I eat and I would work a job where it would keep coming up.

Cale Marcus Strickland

IV. Relief

-For this complaint the Plaintiff, Cale Marcus Strickland, is seeking four million nine hundred fifty thousand dollars, ( $4,950,000), for relief of this lawsuit brought against Nexstar Media Group and Perry A. Sook for the defamation article that was published by NBC 4i, Dec. 2015, WSPA News 7, Dec. 2015, and Mississippi's First, Dec. 2015, that violated South Carolina Code of Law Section 16 – 7 – 150. And injured the Plaintiff.    So with this complaint, that the Plaintiff, Cale Marcus Strickland, has filed with the United States District Court the Plaintiff, Cale Marcus Strickland, accuses and is attempting to have another person[s], to agree with the Plaintiff, that the Plaintiff was injured from the news stations by them publishing an article that was a humorous story about the Plaintiff that also was not true. And that published article was defamation. And with a civil complaint the Plaintiff would be awarded four million nine hundred fifty thousand dollars, ($4,950,000), for relief of the defamatory article that was published by NBC 4i,  WSPA News 7,  and Mississippi's First.

Cale Marcus Strickland

